NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEROME RAHEEM SIMPSON,          )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D18-3988
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____ )

Opinion filed July 26, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess III,
Judge.

Jerome Raheem Simpson, pro se.

PER CURIAM.

          Affirmed.

NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.